**IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**UNITED STATES OF AMERICA**      :

**vs**      :      Case No. 3:07-cr-92-04

**LEVI KENNETH SMITH IV**

:

**ORDER WITHDRAWING PETITION AND TERMINATING DEFENDANT
FROM SUPERVISED RELEASE**

The above named defendant was placed on Supervised Release on February 17, 2017, for a period of five (5) years. On July 29, 2019, an amended petition for revocation was filed by the U.S. Probation Office. The petition is hereby withdrawn, and it is hereby ordered the defendant be terminated on Supervised Release as to this case matter only.

Dated this 4th day of June, 2020

*s/Thomas M. Rose*

The Honorable Thomas M. Rose
United States District Judge